# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

SCHERONDA COPLEN, as next friend   )
o/b/o EARL COPLEN   )
   )
      Plaintiff,   )
   )
      v.   )   **Case No. 3:08-0956**
   )   **Judge Nixon/Bryant**
MICHAEL J. ASTRUE,   )
Commissioner of Social Security,   )
   )
      Defendant.   )

## ORDER

Pending before the Court is Plaintiff Scheronda Coplen's ("Plaintiff") Motion for Summary Judgment on the Administrative Record ("Plaintiff's Motion") (Doc. No. 24), to which Defendant Commissioner of Social Security has responded with its own Motion for Judgment on the Record ("Defendant's Motion") (Doc. No. 28), and Plaintiff filed a Reply (Doc. No. 33). Also pending is Plaintiff's Motion to Amend/Correct Transcript (Doc. No. 32). Magistrate Judge Bryant issued a Report and Recommendation ("Report") (Doc. No. 35) recommending that Plaintiff's Motion be granted, Defendant's Motion be denied, and Plaintiff's Motion to Amend the Transcript denied as moot. The Report was filed on March 23, 2010, and no objections to the Report and Recommendation have been filed.

Upon review of the record in this case, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **GRANTS** Plaintiff's Motion, **DENIES** Defendant's Motion, and **DENIES as moot** Plaintiff's Motion to Amend/Correct Transcript. The decision of the SSA is hereby **REVERSED** and the cause **REMANDED** for further administrative proceedings consistent with th Report.

It is so ORDERED.

Entered this _____ 15 _____ day of April, 2010.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT